UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERBERT T. PATTY,

        Plaintiff,

    v.

THOMAS KUHNLE, et al.,

        Defendants.

Case No. 25-cv-04392-NW

**JUDGMENT**

Re: ECF No. 108

On February 13, 2026, the Court granted the motions to dismiss filed by four groups of Defendants: Defendant Attorney General of California Rob Bonta; Defendants Supervising Deputy Attorney General of California Geoffrey Lauter and Deputy Attorney General of California Sharon Loughner; Defendants Jeff Rosen, Jay Boyarsky, Adam Wright, and Farrah Zarea; Defendants Kalila Spain, Tyrone Wilson, Tamalca Harris, Sandip Patel, and Troy Benson; and Defendant County of Santa Clara. ECF No. 108. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: February 20, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California